IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KATRINA BECK, B.B., a minor, by and through her legal guardian KATRINA BECK, K.W., a minor, by and through his legal guardian KATRINA BECK, Z.M., a minor, by and through her legal guardian KATRINA BECK, M.M., a minor, by and through his legal guardian KATRINA BECK, SHAKEITA PERKINS, KEJUAN MOTON, and DENZEL WHITE, <br><br> Plaintiffs, <br><br> vs. <br><br> THE CITY OF CHICAGO, NICK ZARBOCK, Star No. 18904, WILLIAM HRONOPOULOS, Star No. 9785, MICHAEL KARCZEWSKI, Star No. 1055, SCOTT BITTNER, Star No. 11126, PAUL PARKS, Star No. 12006, VINCENT CIOCCI, Star No. 12914, RICHARD MAHER, Star No. 1478, TIMOTHY WOOD, Star No. 16252, ROBERT STEGMILLER, Star No. 18764, KAREN RITTORNO, Star No. 4473, and MICHAEL O'CONNOR, Star No. 8342, <br><br> Defendants. | Case No. 14-cv-00546 <br><br> JUDGE AMY J. ST. EVE |

## ORDER APPROVING SETTLEMENT BY MINORS

This matter coming before the Court on the motion of Plaintiffs pursuant to Local Rule 17.1 seeking the Court's approval of a settlement involving the minor Plaintiffs, the Court being fully advised in the premises,

**IT IS HEREBY ORDERED:**

1. The Court approves of the terms of the settlement agreement reached between the parties on behalf of the minor Plaintiffs;

1

2. The Court authorizes payment of reasonable attorneys' fees to Plaintiffs' attorneys of record in the amount of $2,000.00 from the settlement proceeds of the minor Plaintiffs; and

3. The Court authorizes payment of reasonable expenses to Plaintiffs' attorneys of record in the amount of $1,000.00 from the settlement proceeds of the minor Plaintiffs.

_____
The Honorable Amy J. St. Eve
United States District Judge

Dated: January 12, 2016